# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTIAN RUIZ,<br><br>Defendant. | ) Case No.: 2:16-cr- *344*<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM FOR<br>) CHRISTIAN RUIZ<br>) (ID#) 71158-198<br>)<br>)<br>)<br>) |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **CHRISTIAN RUIZ** before the United States District Court at Las Vegas, Nevada, on or about _____ I/A & A/P Tues 12/6/16, 3:00 PM CWH 3C _____, at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 22, 2016

UNITED STATES MAGISTRATE JUDGE

DANIELL G. BOGDEN
United States Attorney
District of Nevada
RICHARD ANTHONY LOPEZ
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:16-cr- 3*44* |
| | ) | |
| Plaintiff, | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM FOR |
| vs. | ) | CHRISTIAN RUIZ |
| | ) | (ID#) 71158-198 |
| | ) | |
| CHRISTIAN RUIZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

The petition of the United States Attorney for the District of Nevada respectfully shows

that **CHRISTIAN RUIZ**, is committed by due process of law in the custody of the Warden, San

Diego Metropolitan Correctional Center, San Diego, California, that it is necessary that the said

**CHRISTIAN RUIZ** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum

so that the said **CHRISTIAN RUIZ** may be present before the United States District Court for

the District of Nevada, Las Vegas, Nevada, on _____ I/A & A/P *TUES 12/6/16* _____, at
                                                        3:00 PM CWH 3C

the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until

excused by the said Court.

That the presence of the said **CHRISTIAN RUIZ** before the United States District Court

on or about _____ I/A & A/P *TUES 12/6/16* _____, at the hour of 3:00 p.m.,
                   3:00 PM CWH 3C

1   for arraignment and from time to time and day to day thereafter until excused by the Court has

2   been ordered by the United States Magistrate or District Judge for the District of Nevada.

3   WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

4   Prosequendum issue out of this Court, directed to the Warden, San Diego Metropolitan

5   Correctional Center, San Diego, California, and to the United States Marshal for the District of

6   Nevada, commanding them to produce the said **CHRISTIAN RUIZ** before the United States

7   District Court on or about _____ I/A & A/P *Mes 12/6/16* 3:00 PM CWH 3C _____, at the hour of 3:00

8   p.m., for arraignment and from time to time and day to day thereafter, at such times and places as

9   may be ordered and directed by the Court entitled above, to appear before the Court, and when

10  excused by the said Court, to be returned to the custody of the Warden, San Diego Metropolitan

11  Correctional Center, San Diego, California.

12  DATED this 22nd day of November, 2016.

13

14  Respectfully submitted,

15  DANIELL G. BOGDEN
    United States Attorney

16

17  RICHARD ANTHONY LOPEZ
    Assistant United States Attorney

18

19

20

21

22

23

24

2